CHRIST *v.* CHETWOOD.

APPEAL from judgment of the General Term of the City Court, affirming judgment on verdict and order denying new trial.

*Jesse K. Furlong*, for defendant (appellant).

*Herman G. Loew*, for plaintiff (respondent).

*Per Curiam.* The case was well decided by the court below, and nothing need be added to the argument at General Term.

Judgment affirmed on opinion of VAN WYCK, J., 1 Misc. Rep. 418, with costs.